MANDATE

# United States Court of Appeals
## For the First Circuit

03-00115
Rhode Island
ML. Lisi

---

No. 05-1112

RECEIVED

MAR 28 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA,

Appellee,

v.

GARY ROSS,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

---

JUDGMENT

Entered: February 14, 2006

We reject appellant's challenge to having been sentenced as an armed career criminal, and we summarily affirm the judgment below. See United States v. Mastera, 2006 WL 146615, at *2 n.1 (1st Cir. Jan. 20, 2006); United States v. Ivery, 427 F.3d 69, 75 (1st Cir. 2005) ("[n]othing in Blakely or Booker alters the continuing vitality of the Almendarez-Torres exception to Apprendi"); United States v. Work, 409 F.3d 484, 491 n.1 (1st Cir. 2005) ("[t]he rationale of Apprendi and therefore of Blakely simply does not affect sentence-enhancement provisions premised upon a defendant's prior criminal convictions").

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Calarido

**Deputy Clerk**

**Date:** 3.8.06

[cc: Richard L. Goldman, Esq., Terrence P. Donnelly, AUSA, Donald Lockhart, AUSA]